## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mitzel Builders, Inc. d/b/a North Valley Homes, | ) ) ) |
| Plaintiff, | ) **ORDER FOR MID-DISCOVERY** ) **STATUS CONFERENCE** ) |
| vs. | ) ) |
| Auto-Owners Insurance Company and American Modern Home Insurance Company, | ) ) ) ) ) Case No. 1:20-cv-198 |
| Defendant. | ) |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on June 18, 2021, at 9:00 a.m.  The conference will be conducted via telephone conference.  To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 11th day of December, 2020.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court